UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Walter Norton

        v.                Case No. 06-cv-282-JD

United States of America


O R D E R

Pursuant to Rule 8(c) of the Civil Rules of Federal Procedure governing Section 2255 Proceedings, if an evidentiary hearing is warranted as to a 2255 petition, the judge must appoint an attorney to represent the moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A.  Mr. Norton was granted In Forma Pauperis status on October 24, 2006 as to the filing of his appeal.

Therefore, the Court herewith orders an attorney be appointed to represent Mr. Norton.  An evidentiary hearing will thereafter be scheduled.

SO ORDERED.


July 23, 2007                          /s/ Joseph A. DiClerico, Jr._____
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge


cc:    Walter Norton, pro se
        Aixa Maldonado-Quinones, Esq.